NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ERICSSON, INC.,**
*Appellant*

**v.**

**KONINKLIJKE KPN N.V.,**
*Appellee*

———————————

2023-2175

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00069.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                               ERICSSON, INC. v. KONINKLIJKE KPN N.V.

(2)   Each side shall bear their own costs.


                                                  FOR THE COURT



January 24, 2024                              Jarrett B. Perlow
    Date                                       Clerk of Court


**ISSUED AS A MANDATE:** January 24, 2024